4

AO 440 (Rev. 1/90) Summons in a Civil Action

CAB-01-118

United States District Court
Southern District of Texas
FILED

OCT 09 2001

Michael N. Milby
Clerk of Court

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹  DATE 7/31/01

NAME OF SERVER (PRINT): Lisa J. Brodyaga    TITLE: Attorney

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail RRR

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/6/01
              Date

Signature of Server

Address of Server

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

---

SENDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

John Ashcroft,
US Atty General
950 Penn. Ave NW #5111
Wash. DC
20530-0001

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery

DEPARTMENT OF JUSTICE
JUL 31 2001

C. Signature
X  Ernest J. Parker   SUPERVISOR
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0023 5697 1070

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

MICHAEL N. MILBY, CLERK
01 OCT -9 PM 1:43
FILED
SOUTHERN DISTRICT
U.S. DIST. COURT