AO 440 (Rev. 1/86) Summons in a Civil Action

CAB-01-118

United States District Court
Southern District of Texas
FILED
OCT 09 2001
Michael N. Milby
Clerk of Court

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]   DATE 7/27/01

NAME OF SERVER (PRINT) Lisa S. Brodyaga   TITLE Attorney

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): 07/27/01 Received by Chris Bernal for E. M. Trominski

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/6/01
            Date                    Signature of Server

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas  78586

Address of Server

MICHAEL N. MILBY, CLERK
01 OCT -9 PM 1:43
FILED
SOUTHERN DISTRICT TEXAS

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.